1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8 JUNIOR TEJEDA,                                  CASE NO. 1:12-CV-00135-DLB PC

9                          Plaintiff,            ORDER DIRECTING CLERK OF THE
                                                 COURT TO CLOSE ACTION PURSUANT
10        v.                                      TO PLAINTIFF'S NOTICE OF
                                                 VOLUNTARY DISMISSAL (DOC. 6)
11   H. MENDOZA, et al.,

12                         Defendants.
                                             /
13

14        Plaintiff Junior Tejeda ("Plaintiff") is a prisoner in the custody of the California

15   Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil rights

16   action pursuant to 42 U.S.C. § 1983.  On February 23, 2012, Plaintiff filed a motion to withdraw

17   this action, which the Court construes as a notice of voluntary dismissal.  An action may be

18   dismissed by a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P.

19   41(a)(1)(A)(ii).  Plaintiff is the only party to have appeared in this action.  Pursuant to this notice,

20   the Court HEREBY ORDERS the Clerk of the Court to close this action.  This dismissal is

21   without prejudice.

22        IT IS SO ORDERED.

23   **Dated:    February 27, 2012**            _____/s/ **Dennis L. Beck**_____
                                                 UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28