# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR TEJEDA,<br><br>             Plaintiff,<br><br>       v.<br><br>H. MENDOZA, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:12-CV-00135-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL (DOC. 6) |

Plaintiff Junior Tejeda ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 23, 2012, Plaintiff filed a motion to withdraw this action, which the Court construes as a notice of voluntary dismissal.  An action may be dismissed by a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Plaintiff is the only party to have appeared in this action.  Pursuant to this notice, the Court HEREBY ORDERS the Clerk of the Court to close this action.  This dismissal is without prejudice.

IT IS SO ORDERED.

Dated:   February 27, 2012                          /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE

1